## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 8:12CV137** |
| **Plaintiff,** | |
| **vs.** | **DEFAULT JUDGMENT AND** |
| | **DECREE OF FORFEITURE** |
| **$26,400.00 IN UNITED STATES CURRENCY,** | |
| **Defendant.** | |

This matter is before the Court on Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 26) against the Defendant property, Joel Natan Cardozo, and any other unknown individuals.   Plaintiff is presently represented by Nancy A. Svoboda, Assistant United States Attorney.   The Defendant is not present, personally or through counsel.   No Claimants are present, personally or through counsel.   Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

1.      A Complaint for Forfeiture *In Rem* was filed herein on April 17, 2012.   A Warrant for Arrest *In Rem* was issued by this Court and was properly served on the Defendant property by the U.S. Marshals Service (Filing No. 7).

2.      Publication of the notice of this action and of the seizure of the Defendant property was duly made pursuant to Order of this Court dated April 19, 2012 (Filing No. 6). A Declaration of Publication was filed herein on November 7, 2012 (Filing No. 13).

3.      On May 3, 2012, the U.S. Marshals Service served Joel Natan Cardozo, by personal service, a copy of the Complaint for Forfeiture *In Rem*, the Notice of Complaint for Forfeiture and the Warrant for Arrest *In Rem*, as evidenced by Filing No. 10.

4.     On May 21, 2012, and on August 2, 2012, respectively, Mr. Cardozo filed a Claim (Filing No. 9) and an Answer (Filing No. 12) to the Plaintiff's Complaint.   By Order dated December 28, 2012 (Filing No. 22), this Court struck those pleadings due to Mr. Cardozo's failure to abide by other orders of the Court.

5.     The Plaintiff's Request to Enter Default was granted by this Court on January 4, 2013 (Filing No. 25).

6.     Plaintiff's Motion for Default Judgment and Decree of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.     The Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 26) is hereby sustained.

B.     All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

C.     The Defendant property be and the same hereby is forfeited to the United States of America.

D.     The Defendant property shall be disposed of by the United States of America in accordance with law.

DATED this 1st day of February, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

2